UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  1:18-CV-11412-IT

WILLIAM PULTE,                                  )
         Plaintiff                          )
                                 )
v.                                              )
                                 )
ROBERT TUBBS; JUDITH TUBBS;                     )
T.J. INVESTMENT, LLC;                           )
JASPERS TOO MOTEL; and                          )
JASPERS II MOTEL,                               )
         Defendants                         )
_____)

## SUGGESTION OF DEATH

Defendants' Counsel hereby notifies this Court that the Defendant, Robert Tubbs passed

away on May 12, 2019.

Respectfully Submitted,
Defendants, Robert Tubbs, Judith
Tubbs, T.J. Investments, LLC,
Jaspers Too Motel and Jaspers
II Motel,
By their attorneys,

/s/*Heather K. Rowell*
Heather K. Rowell
B.B.O. #  668915
hkr@grglaw.com
Gargiulo / Rudnick, LLP
766 Falmouth Road
Madaket Place, Unit A-6
Mashpee, MA  02649
508-477-6400

Dated:  May 20, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent by First Class Mail to those indicated as non-registered participants on this the 20th day of May, 2019.  Parties may access this filing through the Court's CM/ECF system.

/s/ *Heather K. Rowell*

2