UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>William Pulte</u>
   Plaintiff

      v.                         Civil Action No. 18-cv-11412-IT

<u>Tubbs et al</u>
   Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>Talwani, D.J.</u>

The Court having been advised by counsel for plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Danielle Kelly

11/20/2019                                             _____
Date                                                      Danielle Kelly
                                                           Docket Clerk